451

**Joseph M. DONNELLY and Lorin L. Mc-Carthy, Appellants, v. UNITED STATES of America, Appellee.**

No. 10599.

Circuit Court of Appeals, Ninth Circuit.

April 6, 1944.

O'Connor, Gray & O'Connor, of Los Angeles, Cal., for appellants.

Charles H. Carr, U. S. Atty., of Los Angeles, Cal., and James E. Harrington, Sp. Asst. to Atty. Gen., for appellee.

Before WILBUR, GARRECHT, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties for affirmance of the judgment of the District Court, and good cause therefor appearing, it is ordered that the judgment of the District Court be affirmed, that a judgment of affirmance be filed and entered accordingly and the mandate of this court issue forthwith.

**DENVER & RIO GRANDE WESTERN RAILROAD COMPANY v. H. Allyn HICKS, Trustee of Denver & Salt Lake Western Railroad Company.**

No. 2923.

Circuit Court of Appeals, Tenth Circuit.

March 22, 1944.

William V. Hodges and H. C. Vidal, both of Denver, Colo., for appellant.

Erskine R. Myer, of Denver, Colo., for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellee, appellant consenting thereto.

**DENVER & RIO GRANDE WESTERN RAILROAD COMPANY v. Wilson Mc-CARTHY and Henry Swan, Trustees of Denver & Rio Grande Western Railroad Company.**

No. 2924.

Circuit Court of Appeals, Tenth Circuit.

March 22, 1944.

William V. Hodges and H. C. Vidal, both of Denver, Colo., for appellant.

Henry McAllister, of Denver, Colo., for appellees.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellees, appellant consenting thereto. 47 F. Supp. 484.

**Henry FOLMER, Appellant, v. Chester BOWLES, Administrator, Office of Price Administration.**

No. 12852.

Circuit Court of Appeals, Eighth Circuit.

April 4, 1944.

Edward L. Boyle, of Duluth, Minn., for appellant.

Leonard McHugh, Dist. Enforcement Atty., Office of Price Administration, and Benjamin W. Pass, Area Rent Atty., Office of Price Administration, both of Duluth, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellant.